IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GLENN COLEMAN,**

    Plaintiff,

vs.                       Case No. 5:05cv18-RH/WCS

**DENNIS COATNEY, an individual,
AND CYNTHIA COATNEY, an individual,
d/b/a WILLIE D'S RESTAURANT,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Discovery ended in this case on October 15, 2005.  Doc. 22.  The parties have now filed a joint notice of voluntary dismissal with prejudice.  Doc. 23.  As the parties appear to have resolved the issues raised in this case, it is **RECOMMENDED** that the stipulation of dismissal with prejudice, filed pursuant to FED. R. CIV. P. 41(a)(ii), doc. 23, be **ACCEPTED** with judgment entered and the Court retaining jurisdiction for enforcement purposes only.

**IN CHAMBERS** at Tallahassee, Florida, on November 3, 2005.

                              s/    William C. Sherrill, Jr.
                              **WILLIAM C. SHERRILL, JR.**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:05cv42-RH/WCS